RECEIVED
AND FILED

2016 JUN 30 AM 8 51

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 | Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: JANET L. WILLIAMS

Debtor(s).

BK-N 13-52313-BTB
Chapter

MOTION TO WITHDRAW MONEY
UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ 2696.55 in the above- named case issued to JANET WILLIAMS. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**

_____

_____

_____

_____

1  Please attach copies of any supporting documentation.[1]

3  Date: 6-30-2016

```
                                    _____Williams_____
                                    Signature of Claimant or Attorney

                                    Jari Williams
                                    Printed Name
                                    5410 Point View Way
                                    Sparks, NV. 89431
                                    Mailing Address
```

21  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: JANET Williams                          )   BK-N 13-52313-BTB
                                               )   Chapter
                                               )
                                               )   AFFIDAVIT FOR REIMBURSEMENT
                                               )   OF UNCLAIMED FUNDS
         Debtor(s).                            )
_____)

STATE OF: Washoe Nevada
COUNTY OF: Washoe

SOCIAL SECURITY NO/TAX ID: 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

JANET Williams            of 5410 Point View Way Sparks NV 89431
(NAME OF CREDITOR/DEBTOR)    (ADDRESS)  Filed under 7655 Essex Way Reno, NV.
                                                                      89506
775-247-2857       being duly sworn, deposes and says:
(PHONE NUMBER)

   That he/she is a creditor of the above-named bankrupt/debtor or is the debtor. That JANET

L. Williams  (Name of Debtor/Bankrupt) was duly adjudged a debtor/bankrupt in the United

States Bankruptcy Court for the District of Nevada. That said creditor duly filed his/her claim, which

claim was thereafter duly allowed or is the debtor in the above named case.

   Dividends amounting to the sum of $2,696.55 remain unpaid.

   That the said claim has not been sold or assigned, and that it is still the property of the

deponent.

   It is therefore requested that the Clerk of this Court pay to JANET L. Williams the

sum of $2,696.55.

3

1
2      (Signature)
       Sworn and subscribed to before
3      me this 30 day of June
4      Marcy Carruth
5      (Notary Public)
6
7      
       MARCY CARRUTH
       Notary Public - State of Nevada
8      Appointment Recorded in Washoe County
       No: 16-1741-2 - Expires March 1, 2020
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4

RECEIVED AND FILED

2016 JAN 19 PM 1 59

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89509
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    ) Case No.: BK-N 13-52313-BTB
                                          )
JANET L. WILLIAMS,                        ) Chapter 13
            Debtor.                       )
                                          ) **NOTICE OF UNCLAIMED FUNDS**
                                          ) **PURSUANT TO FED. R. BANKR. P. 3011**
                                          )
                                          ) Date:
                                          ) Time:
                                          ) Time Required: (No Hearing Required)

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

FROM:  WILLIAM A. VAN METER, STANDING CHAPTER 13 TRUSTEE

Pursuant to 11 U.S.C. §347 and Fed.R. Bankr. P. 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28, Section 2042.

| Debtor Refund | Debtor Name and Address | CAS 10600 | CAS 61330 |
|---|---|---|---|
|  | JANET L. WILLIAMS<br>7655 ESSEX WAY<br>RENO, NV 89506 |  |  |
|  |  | $ | $2,696.55 |
|  | TOTALS | $ | $2,696.55 |

Dated: January 18, 2016

                                          William A. Van Meter, Trustee

Note:  Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make check payable to Clerk, U.S. Bankruptcy Court.

Note:  Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

-1-

WILLIAM A. VAN METER
CHAPTER 13 TRUSTEE
P.O. Box 6630
Reno, NV 89509
(775) 324-2500

2696.55
95085

## CERTIFICATE OF SERVICE

I, Mary Rivinius, hereby swear under penalty of perjury that I am over the age of 18, not a party to the above action and that on January 18, 2016 a copy of the **NOTICE OF UNCLAIMED FUNDS PURSUANT TO FED. R. BANKR. P. 3011** in the above entitled case was mailed by me by depositing a copy thereof in the United States Mail, first-class postage prepaid to the parties addressed as indicated below.

Dated: January 18, 2016

*(signature)*
Mary Rivinius

Creditor:

JANET L. WILLIAMS
7655 ESSEX WAY
RENO, NV 89506

Debtor's Counsel:

SEAN P. PATTERSON, ESQ.
232 COURT STREET
RENO, NV 89501